UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                      Criminal No. 15-20457-3
                                        Hon. Matthew F. Leitman

vs.

SHAWN PEARSON,

    Defendant.
_____/

## EX PARTE/NUNC PRO TUNC
## ORDER AUTHORIZING DEFENSE TO
## EMPLOY FIREARM EXPERT PURUSANT TO CJA

**IT IS HEREBY ORDERED** that Defendant may employ the services of Speckin Labs as an expert in the field of firearm and ballistic testing for the purposes of independently evaluating the government's proposed evidence and, if necessary, offering testimony at trial.

**IT IS FURTHER ORDERED** said expert be compensated for his/her services in the excess amount of $3,480.00.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: September 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 24, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764