UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D3, SHAWN PEARSON,

    Defendant.

Case No. 15-cr-20457-03
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING DEFENDANT TO SUPPLEMENT HIS MOTION FOR THE APPOINTMENT OF COUNSEL (ECF No. 204)

Defendant Shawn Pearson is a federal prisoner. He is currently incarcerated at USP Hazelton. On January 7, 2022, Pearson filed a motion for the appointment of counsel. (*See* Mot., ECF No. 317.) Pearson says that he needs counsel in order to assist him in filing a motion for compassionate release from custody pesuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Mot., ECF No. 204.) But Pearson has not explained the basis under which believes that he is entitled to compassionate release. The Court therefore does not have enough information to evaluate his request for the appointment of counsel.

Accordingly, the Court **DIRECTS** Pearson to file a written supplement to his motion. In that supplement, Pearson shall fully explain to the Court why he believes that he is eligible for compassionate release and why he needs counsel to seek that

1

relief. In addition, if Pearson asserts that he is entitled to compassionate release due to the COVID-19 pandemic, he shall answer the following questions:

1. Has a COVID-19 vaccaine been made available to prisoners genally at USP Hazelton?

2. Have you been offered a COVID-19 vaccine? If so, which vaccine, and when was it offered to you?

3. If a vaccine was offered to you, did you agree to be vaccinated, or did you reject the offer to be vaccinated?

4. If you accepted the offer to be vaccinated, has the vaccine been administered to you? If so, how many doses of the vaccine have you received and when were the doses administered?

5. Finally, if you agreed to be vaccinated but have not yet been vaccinated, when will the vaccine be administered to you?

Once the Court receives this supplemental submission from Pearson, it will rule on his motion. Pearson shall provide this submission to the Court by no later than **March 18, 2022**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 19, 2022

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 19, 2022, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                  Case Manager
                                                  (810) 341-9761