UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 15-cr-20457-3
Hon. Matthew F. Leitman

D3, SHAWN PEARSON,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR THE APPOINTMENT OF COUNSEL (ECF No. 204)

Defendant Shawn Pearson is a federal prisoner. He is currently incarcerated at USP Hazelton. On January 7, 2022, Pearson filed a motion for the appointment of counsel to assist with a motion for compassionate release. (*See* Mot., ECF No. 204.) On January 19, 2022, this Court issued an order explaining that it did not have sufficient information to evaluate Pearosn's request. (*See* Order, ECF No. 205.) The Court's order directed Pearson to provide supplemental information concerning his eligibility for compassionate release by March 18, 2022. (*Id.*)

On January 26, 2022, this Court received a letter from Pearson in which he states that certain changes in his circumstances prevent him from providing the supplemental information requested in this Court's order. (*See* Letter, ECF No. 206.)

1

Pearson's letter explains that he has lost access to certain papers and is also in the process of being transferred. (*Id.*, PageID.2204–2205.)

The Court appreciates Pearson's update on his changed circumstances. While the Court still does not have enough information to evaluate Pearons's request for appointed counsel, it recognizes that Pearson may be able to provide that information in the future. Accordingly, the Court **DENIES WITHOUT PREJUDICE** Pearson's motion for the appointment of counsel (ECF No. 204). However, because this denial is without prejudice, Pearson is permitted to re-file his motion when he is able. However, if Pearson re-files his motion, the Court expects that he will include the supplemental information requested in this Court's prior order (ECF No. 205). The Court will then consider the merits of Pearson's motion at that time.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126